**KAREN L. LYNCH #161088**
Karen L. Lynch, Inc.
1204 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone (559) 478-4370
Facsimile (559) 478-5073
kllynch@lawyer.com

Attorney for Defendant, Armando Estrada-Cuellar

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> v. ) <br> ) <br> ) <br> ARMANDO ESTRADA-CUELLAR ) <br> CASTRO, ) <br> Defendant ) <br> _____ ) | CASE NO. 1:11-cr-00062-AWI <br><br> STIPULATION TO CONTINUE <br> STATUS CONFERENCE TO; <br> ORDER THEREON |

IT IS HEREBY STIPULATED by and between the parties hereto that the Status Conference hearing currently set for July 11, 2011 at 9:00 a.m. in the above captioned matter and Courtroom, be continued to August 29, 2011at 9:00 am.

Defendant was moved to the Lerdo jail facility and because of the busing schedule and need for a translator, defense counsel only recently met with defendant. The United States Probation Office should receive the sentencing recommendation report in the next two weeks; however, defense counsel will be unable to go over the report with her client with a translator until July 22, 2011 which is the first date available that the U.S. Marshals can transfer defendant to Fresno for a meeting with defense counsel to go over the sentencing recommendation report.

This continuance will conserve time and resources for both parties and the court. The parties agree that the delay resulting from the continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A).

Dated: July 05, 2011              By:  /s/ Karen L. Lynch
                                  KAREN L. LYNCH, Attorney for ARMANDO ESTRADA-CUELLAR

Dated: July 05, 2011              BENJAMIN B. WAGNER
                                  United States Attorney

                                  By:  /s/ Yashar Nichian
                                  YASHAR NILCHIAN
                                  Assistant U.S. Attorney

ORDER

The Court, having reviewed the above request for a Continuance of Status Conference until August 29, 2011 at 9:00 am and Order Thereon, and having found good cause for the continuance on the basis the continuance will conserve time and resources of the parties and the Court thus serving the ends of justice which outweighs the best interests of the public and the defendant's right to a speedy trial,

HEREBY ORDERS AS FOLLOWS:

The Status Conference Hearing currently scheduled for July 11, 2011, shall be continued to August 29, 2011 at 9:00 am.

IT IS SO ORDERED.

Dated:  July 7, 2011              _____
                                  CHIEF UNITED STATES DISTRICT JUDGE